Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Arnold, Rodarme, Palmer, Seaquist, Haynes, Yamane, Long and Funston*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Lei Ann Stickney, individually and on behalf of all statutory beneficiaries of Casey Wells, and in her capacity as the personal representative of the Estate of Casey Wells;<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a municipality; James Arnold, an individual; Robert Rodarme, an individual; Kenneth Palmer, an individual; Joseph Seaquist, an individual; Dustin Haynes, an individual; Sean Yamane, an individual; Frank Long, an individual; and Travis Funston, an individual;<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL** |

Defendants City of Phoenix, Arnold, Rodarme, Palmer, Seaquist, Haynes, Yamane, Long and Funston ("Defendants"), through counsel, and pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. § 1441, hereby provide notice of removal of the above-captioned case from the Superior Court of the State of Arizona, County of Maricopa, filed under Case No. CV2020-091655 to this Court. Pursuant to 28 U.S.C. § 1446(a), Defendants submit this notice and provides the following grounds for removal:

1. On February 4, 2020, Plaintiff filed a Complaint against Defendant City of Phoenix in the Superior Court of the State of Arizona, County of Maricopa, Case No.

1. CV2020-091655, with the caption *Lei Ann Stickney, on her own behalf and on behalf of all statutory beneficiaries v. City of Phoenix, a municipality; John and Jane Doe I-X; and ABC Companies I-X*. A copy of the Complaint is attached as Exhibit 1. The Complaint did not contain any federal claims and contained no basis for diversity jurisdiction.

2. On May 22, 2020, Plaintiff filed a First Amended Complaint against Defendant City of Phoenix in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2020-091655, with the caption *Lei Ann Stickney, on her own behalf and on behalf of all statutory beneficiaries of Casey Wells v. City of Phoenix, a municipality*. A copy of the First Amended Complaint is attached as Exhibit 2. The First Amended Complaint did not contain any federal claims and contained no basis for diversity jurisdiction.

3. On June 24, 2020, Plaintiff filed a Second Amended Complaint against Defendants in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2020-091655, with the caption *Lei Ann Stickney, individually and on behalf of all statutory beneficiaries of Casey Wells, and in her capacity as the personal representative of the Estate of Casey Wells v. City of Phoenix, a municipality; James Arnold, an individual; Robert Rodarme, an individual; Kenneth Palmer, an individual; Joseph Seaquist, an individual; Dustin Haynes, an individual; Sean Yamane, an individual; Frank Long, an individual; and Travis Funston, an individual*. A copy of the Second Amended Complaint is attached as Exhibit 3. The Second Amended Complaint, for the first time, added claims arising under federal law.

4. This Court has original jurisdiction over Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1331, as Plaintiff asserts claims pursuant to 42 U.S.C. § 1983 (federal question). Plaintiff also asserts a state law wrongful death claim. This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367(a), as they "form part of the same case or controversy under Article III of the United States Constitution" as Plaintiff's federal claims. This action may be removed pursuant to 28 U.S.C. § 1441(a).

5. Defendant City of Phoenix was served with Complaint on April 24, 2020. A copy of the return of service on Defendant is attached as Exhibit 4. This Complaint, however, had no federal claims. The City of Phoenix was served with the First Amended Complaint via electronic mail on May 22, 2020. The First Amended Complaint, however, had no federal claims. The City of Phoenix was served with the Second Amended Complaint on June 24, 2020 via electronic mail. Undersigned counsel accepted service via Acceptance and Waiver of Service of Process on July 6, 2020. This Notice of Removal is being filed within 30 days after Defendant City of Phoenix's initial receipt of the Second Amended Complaint on June 24, 2020, and is thus timely filed pursuant to 28 U.S.C. § 1446(b)(1).

6. True and correct copies of all pleadings and documents that were previously filed with the state court are attached as Exhibit 5.

7. Defendants have not yet responded to Plaintiff's Second Amended Complaint, but intend to do so within 7 days of the filing of this Removal.

8. All Defendants who have been properly joined and served in this action to date consent to the removal of this action, pursuant to 28 U.S.C. § 1446(b)(2)(A).

9. Contemporaneously with this filing, Defendants have filed a Notice of Filing Notice of Removal in the Superior Court of the State of Arizona, County of Maricopa. A copy of the Notice of Filing Notice of Removal is attached as Exhibit 6.

WHEREFORE, Defendants respectfully request that the above action now pending in the Superior Court of the State of Arizona, County of Maricopa, be removed to this Court.

DATED this 15th day of July 2020.

                              WIENEKE LAW GROUP, PLC

                By:   */s/ Christina Retts*
                         Kathleen L. Wieneke
                         Christina Retts
                         1095 West Rio Salado Parkway, Suite 209
                         Tempe, AZ 85281
                         *Attorneys for Defendants City of Phoenix, Arnold, Rodarme, Palmer, Seaquist, Haynes, Yamane, Long and Funston*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Thomas A. Burnett
> Donal E. Burnett
> Burnett Law Office, PLC
> 1744 South Val VistaDrive9 Suite 208
> Mesa, AZ 85204
>
> Joel B. Robbins
> Jesse M. Showalter,
> ROBBINS & CURTIN, p.l.l.c.
> 301 East Bethany Home Road, Suite B-100
> Phoenix, Arizona 85012
>
> Attorneys for Plaintiff

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is a registered participant of the CM/ECF System:

> N/A

By:  /s/ Mica Mahler