# EXHIBIT 6

Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Arnold, Rodarme, Palmer, Seaquist, Haynes, Yamane, Long and Funston*

# SUPERIOR COURT OF THE STATE OF ARIZONA

# COUNTY OF MARICOPA

| | |
|---|---|
| LEI ANN STICKNEY, individually and on behalf of all statutory beneficiaries of CASEY WELLS, and in her capacity as the personal representative of the Estate of CASEY WELLS;<br><br>Plaintiff,<br>v.<br><br>CITY OF PHOENIX, a municipality; JAMES ARNOLD, an individual; ROBERT RODARME, an individual; KENNETH PALMER, an individual; JOSEPH SEAQUIST, an individual; DUSTIN HAYNES, an individual; SEAN YAMANE, an individual; FRANK LONG, an individual; and TRAVIS FUNSTON, an individual;<br><br>Defendants. | No. CV2020-091655<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable David Palmer) |

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants City of Phoenix, Arnold, Rodarme, Palmer, Seaquist, Haynes, Yamane, Long and Funston notify this Court that they have filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits), filed on July 15, 2020, is attached as Exhibit 1.

DATED this 15th day of July 2020.

WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
*Attorney for Defendants City of Phoenix, Arnold, Rodarme, Palmer, Seaquist, Haynes, Yamane, Long and Funston*

*ORIGINAL e-filed via AZTurboCourt this 15th day of July 2020.*

*On this same date, a true COPY of the foregoing was served via AZTurboCourt (per Arizona Supreme Court Administrative Order 2014-23) to:*

Thomas A. Burnett
Donal E. Burnett
Burnett Law Office, PLC
1744 South Val VistaDrive9 Suite 208
Mesa, AZ 85204

Joel B. Robbins
Jesse M. Showalter,
ROBBINS & CURTIN, p.l.l.c.
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012

*Attorneys for Plaintiff*

By: */s/ Mica Mahler*