# EXHIBIT A

Thomas A. Burnett, Esq. (026509)
Donal E. Burnett, Esq. (028800)
**BURNETT LAW OFFICE, PLC**
1744 South Val Vista Drive, Suite 208
Mesa, Arizona 85204
Tel: (480) 347-9116
tom.burnett@burnettlawaz.com
don.burnett@burnettlawaz.com

Joel B. Robbins, Esq. (011065)
Jesse M. Showalter, Esq. (026628)
**ROBBINS & CURTIN, p.l.l.c.**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: (602) 285-0100
joel@robbinsandcurtin.com
jesse@robbinsandcurtin.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Lei Ann Stickney, individually and on behalf of all statutory beneficiaries of Casey Wells, and in her capacity as the personal representative of the Estate of Casey Wells,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, *et al.*,<br><br>Defendants. | No. 2:20-cv-01401-SMB-CDB<br><br>**PLAINTIFF'S FOURTH AMENDED NOTICE OF VIDEO RECORDED RULE 30(b)(6) DEPOSITION VIA VIDEOCONFERENCE**<br><br>**(Topics 7-10, 12)** |

**TO:   CITY OF PHOENIX**

**YOU ARE HEREBY NOTIFIED** that pursuant to Rule 30(b)(6), Fed. R. Civ. P., the video recorded deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description

sufficient to identify those persons or the particular classes or groups to which those persons belong is given below.

1. ~~The City of Phoenix Police Department's knowledge, training, policies, customs, and practices regarding use of force, and use of deadly force since 2009.~~

2. ~~The City of Phoenix Police Department's knowledge, training, policies, customs, and practices regarding use of RIPP Restraints since 2009.~~

3. ~~The City of Phoenix Police Department's knowledge, training, policies, customs, and practices regarding use of Tasers since 2009.~~

4. ~~The City of Phoenix Police Department's training regarding restraint of prone subjects and its knowledge of the risks of prone restraint.~~

5. ~~The City of Phoenix Police Department's knowledge, training, policies, customs, and practices regarding excited delirium since 2009.~~

6. ~~The City of Phoenix Police Department's knowledge, training, policies, customs, and practices regarding positional asphyxia since 2009.~~

7. **The City of Phoenix Police Department's knowledge, policies, customs, and practices regarding the Use of Force Review Board since 2009.**

8. **All recommendations and all findings made by the City of Phoenix Police Department's Use of Force Board related to the death of Casey Wells.**

9. **All recommendations and all findings made by the City of Phoenix Police Department's Use of Force Board since 2009 regarding in custody deaths other than shootings.**

10. **The City of Phoenix Police Department's records and criteria for EIIP/IAPro/BlueTeam alerts since 2009.**

11. ~~The City of Phoenix Police Department's knowledge, training, policies, customs, and practices regarding use of force reporting since 2009.~~

12. **All non-shooting in-custody deaths involving the City of Phoenix Police Department since 2009 that involved restraint, positional asphyxia, or taser use.**

1  ~~13.    The City of Phoenix's knowledge of various national bulletins and memoranda~~

2  ~~regarding positional and restraint related asphyxia.~~

| | |
|---|---|
| **DATE AND TIME OF THE DEPOSITION:** | September 29, 2021, at 9:00 a.m. |
| **PLACE OF DEPOSITION:** | Via Videoconference (link to follow from Court Reporter) |
| **TRANSCRIPTION BEFORE WHOM DEPOSITION WILL BE TAKEN:** | Donna DeLaVina Reporting, LLC<br>313 N. Gilbert Road, Suite 300<br>Gilbert, Arizona 85234 |

- The deponent shall appear at a location of his/her choosing for the videoconference deposition. The deponent shall not wear a mask during the deposition. The deponent will provide his/her own computer that has audio and video abilities for a videoconference deposition. The deponent shall arrange the computer so that the video captures his/her face and upper body and will ensure that the video and audio are enabled during the entire time that the deposition is on the record.

- The deponent, one counsel for each party, and the court reporter shall be visible with their video and audio activated at all times during the deposition. To conserve bandwidth, any other attendees, after having made a formal appearance on the record, shall turn off their video camera and audio, unless a request is made during the deposition for good cause.

- No person is to communicate with the deponent while the deposition is proceeding other than via the videoconference deposition. If any counsel representing the deponent makes an appearance and wishes to communicate with the deponent, the counsel shall so state, the deposition will be temporarily suspended, and the deponent and his/her counsel may then communicate privately.

- The court reporter will provide counsel with a videoconference link for the deposition.

- The court reporter will video record the deposition.

Pursuant to Rules 30(b)(2) and 34, Fed. R. Civ. P., you are instructed to email undersigned counsel with a copy of all documents, materials, and/or things reviewed in preparation for your deposition at least one day prior to your deposition.

DATED: September 9, 2021

**Robbins & Curtin, p.l.l.c.**

By: /s/ Jesse M. Showalter
Joel B. Robbins
Jesse M. Showalter
301 E. Bethany Home Road
Suite B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen L. Wieneke
Christina Retts
Wieneke Law Group, PLC
1095 W. Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
kwieneke@wienekelawgroup.com
cretts@wienekelawgroup.com
*Attorneys for Defendant*

Thomas A. Burnett
Donal E. Burnett
Burnett Law Office, PLC
1744 S. Val Vista Drive, Suite 208
Mesa, Arizona 85204
tom.burnett@burnettlawaz.com
don.burnett@burnettlawaz.com
*Co-counsel for Plaintiff*

/s/ Julie W. Molera