# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lei Ann Stickney, | No. CV-20-01401-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Upon review of Defendants City of Phoenix, Arnold, Rodarme, Palmer, Seaquist, Haynes, Yamane, Long and Funston's ("Defendants") Motion to Vacate Telephonic Trial Setting Conference (Doc. 120) and good cause appearing,

**IT IS ORDERED** granting Defendants' Motion and vacating the June 15, 2023 trial setting conference.

Dated this 8th day of June, 2023.

Honorable Susan M. Brnovich
United States District Judge