Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendants City of Phoenix, Arnold, Rodarme, Palmer, Seaquist, Haynes, Yamane, Long and Funston*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Lei Ann Stickney, individually and on behalf of all statutory beneficiaries of Casey Wells, and in her capacity as the personal representative of the Estate of Casey Wells;<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a municipality; James Arnold, an individual; Robert Rodarme, an individual; Kenneth Palmer, an individual; Joseph Seaquist, an individual; Dustin Haynes, an individual; Sean Yamane, an individual; Frank Long, an individual; and Travis Funston, an individual;<br><br>Defendants. | NO. 2:20-cv-1401-SMB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties stipulate that the above-entitled action shall be dismissed in its entirety, WITH PREJUDICE, and that each party will bear their own costs and attorneys' fees.

DATED this 19th day of December 2023.

        WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
   Kathleen L. Wieneke
   Christina Retts
   1225 West Washington Street, Suite 313
   Tempe, AZ 85288
   *Attorneys for Defendants City of Phoenix, Arnold, Rodarme, Palmer, Seaquist, Haynes, Yamane, Long and Funston*


        ROBBINS CURTIN MILLEA &
        SHOWALTER, LLC

By: */s/ Jesse M. Showalter (w/permission)*
   Joel B. Robbins
   Jesse M. Showalter,
   301 East Bethany Home Road, Suite B-100
   Phoenix, Arizona 85012

   Thomas A. Burnett
   Donal E. Burnett
   BURNETT LAW OFFICE, PLC
   1744 South Val Vista Drive, Suite 208
   Mesa, AZ 85204

   *Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Thomas A. Burnett
>Donal E. Burnett
>BURNETT LAW OFFICE, PLC
>1744 South Val Vista Drive, Suite 208
>Mesa, AZ 85204
>
>Joel B. Robbins
>Jesse M. Showalter,
>ROBBINS CURTIN MILLEA & SHOWALTER, LLC
>301 East Bethany Home Road, Suite B-100
>Phoenix, Arizona 85012

*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

>N/A

By: */s/ Mica Mahler*

3