# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lei Ann Stickney, | No. CV-20-01401-PHX-SMB |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Upon review of the parties' Stipulation to Dismiss with Prejudice (Doc. 130) and good cause appearing,

**IT IS ORDERED** that the above-entitled action is dismissed in its entirety WITH PREJUDICE, with each party to bear their own costs and fees.

Dated this 27th day of December, 2023.

Honorable Susan M. Brnovich
United States District Judge